UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE FELIX IBARRA-PEREZ, | No. 24-631 |
| Plaintiff-Appellant, | DEFENDANT-APPELLEE'S MOTION FOR THIRD EXTENSION OF TIME TO PETITION FOR REHEARING |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant-Appellee. | |

    By Order dated January 14, 2026, the Court granted Defendant-Appellee United States of America's motion to extend the time to petition for rehearing of the judgment in this matter through February 19, 2026. Defendant-Appellee, by its undersigned attorneys, respectfully moves the Court for an Order further extending the time to petition for rehearing for twenty-one days, through and including March 12, 2026.

    Good cause exists for this additional extension. As the Court is aware, there continues to be a substantial increase in litigation at all levels of the federal courts concerning the enforcement of the immigration laws, requiring more time to complete the Department of Justice's consultation processes, including obtaining the views of all relevant federal stakeholders regarding the government's position in a matter. This case is one such appellate matter inasmuch as the Court's published holding that Ibarra-Perez's tort claims against the United States may

proceed rests on a construction of 8 U.S.C. § 1252(g), an important provision of the immigration laws. In light of that judgment, the requested additional extension of time is warranted to enable interested components within the Departments of Justice and Homeland Security to complete their consultation and for the preparation, review and approval of a suitable rehearing petition amid undersigned counsel's other responsibilities.

Counsel for Plaintiff-Appellant takes no position on this motion.

## CONCLUSION

For the foregoing reasons, the Court should enter an Order extending the time to file a petition for rehearing in this matter through and including March 12, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MELISSA NEIMAN-KELTING
Assistant Director
Office of Immigration Litigation

s/ BRYAN S. BEIER
Senior Litigation Counsel
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044-0878

Dated: February 11, 2026

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A): it contains 249 words excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6): it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

s/ BRYAN S. BEIER
United States Department of Justice